UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA CABALLERO; JIE DU, by her next friend MICHAEL TONG; ALEJANDRA NEGRON, MARIANO VAZQUEZ, by his next friend IRAIDA VASQUEZ; and JUAN SANTOS, by his next friend RITA BAEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>SENIOR HEALTH PARTNERS, INC.; HEALTHFIRST, INC.; HF MANAGEMENT SERVICES, LLC; HEALTHFIRST HEALTH PLAN, INC.; XYZ CORPORATIONS 1-10; and HOWARD ZUCKER, as Commissioner of the New York State Department of Health,<br><br>Defendants. | 16-cv-00326 (CBA) (CLP) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION IN CONNECTION WITH SETTLEMENT,
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL,
PRELIMINARY APPROVAL OF THE PARTIES' SETTLEMENT STIPULATION, AND
<u>APPROVAL OF NOTICE TO CLASS MEMBERS</u>**

PLEASE TAKE NOTICE that[1], upon the Declarations of Jane Greengold Stevens and Belkys Garcia, dated April 19, 2018, the exhibits thereto, the accompanying memoranda of law, and all papers herein, Plaintiffs Olga Caballero; Michael Tong on behalf of Jie Du; Alejandra Negron; Iraida Vasquez on behalf of Mariano Vazquez; Patricia Trujillo; and Betty

---

[1] This Notice of Motion is filed in conjunction with *Bucceri v. Zucker, et al.*, 16 Civ. 8274 (S.D.N.Y. VSB), which is also a party to this settlement. The parties in *Bucceri* have filed a consent motion for transfer to the E.D.N.Y. and will seek consolidation with the parties in this matter. Should the cases not be consolidated, the parties will file these settlement materials in the transferred case.

Francisco on behalf of Lourdes Lo (collectively, "Named Plaintiffs"), hereby move this Court, pursuant to Rules 23(a), 23(b)(2), 23(e) and 23(g) of the Federal Rules of Civil Procedure for an Order:

1. Certifying the action as a class action on behalf of members of the class pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure solely for the purposes of the settlement set forth in the Parties' Settlement Stipulation and for no other purpose;

2. Appointing the proposed Class Representatives as representatives of the Class;

3. Appointing New York Legal Assistance Group, The Legal Aid Society, Winston & Strawn LLP, and Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for the Class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure;

4. Preliminarily approving the settlement set forth in the Parties' Settlement Stipulation as fair, reasonable, adequate, and in the best interests of the Named Plaintiffs and members of the Class, subject to further consideration at a Fairness Hearing;

5. Approving the proposed Class Notice pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; and

6. Scheduling a Fairness Hearing at a date to be set by the Court.

DATED: __4·20__, 2018

Jane Greengold Stevens
NEW YORK LEGAL ASSISTANCE GROUP
7 Hanover Square, 7th Floor
New York, NY 10004
Tel: 212-613-5031
Email: JStevens@nylag.org

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
Karen R. King
Emily A. Weissler
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3784
Kking@paulweiss.com
Eweissler@paulweiss.com

*Attorneys for Caballero Plaintiffs*


THE LEGAL AID SOCIETY
Judith Goldiner
Ken Stephens
199 Water Street
New York, NY 10038
Tel: 212- 577-3300
jgoldiner@legal-aid.org
kstephens@legal-aid.org

WINSTON & STRAWN LLP
Jeffrey L. Kessler
200 Park Avenue
New York, NY 10166
Tel: 212-294-4698
JKessler@winston.com

*Attorneys for Bucceri Plaintiffs*