

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JEFFREY J. AMATO**
Partner
(212) 294-4785
JAmato@winston.com

August 30, 2018

**VIA ECF**

Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *Caballero et al. v. Senior Health Partners, Inc. et al.*, 1:16-CV-00326;
         *Bucceri et al. v. Zucker et al.*, No. 1:18-CV-02380

Dear Magistrate Judge Pollak,

    Pursuant to the instructions of Your Honor's law clerk, we are attaching a proposed order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Provisional Certification of Settlement Class, Appointment of Class Representatives and Class Counsel, and Approval of Notice to Class Members. The attached proposed order has been agreed to by all parties.

                                                    Respectfully submitted,

                                                    /s/ *Jeffrey J. Amato*
                                                    Jeffrey J. Amato

Cc:    All Counsel (via ECF)